UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARLES TANKERSLEY,

    Plaintiff,                            Case No. 1:21-cv-03918-LMM-CCB

    v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

Please take notice that Plaintiff, Charles Tankersley, has reached a settlement with Defendant United Parcel Service, Inc. The parties are in the process of finalizing the settlement paperwork and will file a stipulation of dismissal consistent with Fed. R. Civ. P. 41(a) within the next 60 days.

Dated October 22, 2024.                Respectfully submitted,

                                              **Martenson, Hasbrouck & Simon LLP**

                                              */s/ Kelly Eisenlohr-Moul*
                                              Kelly Eisenlohr-Moul (Bar No. 558153)
                                              500 Davis St., Ste 1003
                                              Evanston, IL 60201
                                              Tel.: (224) 350-3120
                                              Keisenlohr-moul@martensonlaw.com

                                              *Counsel for United Parcel Service, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 22nd day of October 2024, a true and accurate copy of the foregoing notice was filed electronically and served via the Court's electronic filing system upon the below counsel of record:

Pridgen Bassett Law, LLC
Nancy B. Pridgen
Leslie M. Bassett
138 Bulloch Avenue
Roswell, Georgia 30075
(404) 551-5884 direct
nancy@pridgenbassett.com
leslie@pridgenbassett.com

*/s/ Kelly Eisenlohr-Moul*